IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ANGELA RUIZ, *Plaintiff* | § § § | |
| -vs- | § § | SA-24-CV-01039-XR |
| FRANK BISIGNANO, COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION; *Defendant* | § § § § § | |

## ORDER ON REPORT AND RECOMMENDATION

On this date, the Court considered United States Magistrate Judge Henry J. Bemporad's Report and Recommendation in this case. ECF No. 13. After careful consideration, the Court **ADOPTS** the Report and Recommendation.

## ANALYSIS

Any party who desires to object to a Magistrate Judge's findings and recommendations must serve and file his or her written objections within fourteen days after being served with a copy of the findings and recommendations. 28 U.S.C. § 636(b)(1). The Commissioner was served a copy of the Report and Recommendation by electronic transmittal on June 26, 2025. ECF No. 13. To date, no objections have been filed with the Court.

Because the Commissioner has not timely objected to the Report and Recommendation, the Court need not conduct a *de novo* review. *See* 28 U.S.C. § 636(b)(1) ("A judge of the court shall make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made.").

The Court has reviewed the Report and Recommendation and finds it to be neither clearly erroneous nor contrary to law. *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). Accordingly, the Court **ADOPTS** the Judge Bemporad's Report and Recommendation in all respects.

## **CONCLUSION**

For the foregoing reasons, the Commissioner's decision is **VACATED** and this case is **REMANDED** to the Commissioner for further consideration consistent with the Magistrate Judge's Report and Recommendation.

A final judgment pursuant to Rule 58 will follow.

The Clerk is **DIRECTED** to **CLOSE THIS CASE**.

It is so **ORDERED**.

**SIGNED** this 21st day of July, 2025.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE